

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable H. A. Hodges
County Auditor
Williamson County
Georgetown, Texas

Dear Sir:

Opinion No. O-5518
Re: Authority of County Board of
Education to grant leave of
absence to County School
Superintendent who has been
inducted into the United
States Navy.

Your letter addressed to this department of date
August 11, 1943, requesting the opinion of this department
on the above captioned subject has our attention, your
letter reads as follows:

"I have your Opinion No. O-5488 relative to
the appointment of a successor to the County School
Superintendent when a vacancy occurs, however I
desire further information in connection with this
matter.

"When the attention of the Chairman of the
County Board of Education was called to this
opinion he stated there was not a vacancy as only
a "leave of absence" was granted the County School
Superintendent and his chief assistant was appointed
by the Board to act in his stead during his service
in the U. S. Navy, which means, as I understand the
law, to the next general election. I am sure the
County School Superintendent could not continue to
serve, in any way, after the term for which he was
appointed expired.

"Does the County Board of Education have the
legal authority to grant a leave of absence to a
County School Superintendent who has been inducted

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable H. A. Hodges    page 2

into the U. S. Navy and is now serving in the Navy and residing outside of Williamson County?  In this case is it a physical vacancy as set out in S. B. No. 145, Chapter 13, Acts of the 48th Legislature, Regular Session?

"Does the Chief Deputy of the Co. School Supt. have legal authority to act in his stead, under his bond and receive his salary, either directly or indirectly?

"If the leave of absence as granted by the County Board of Education is legal would the fact that the wife of the Supt. was appointed as an assistant in the office be barred by the Nepotism law?

"If a leave of absence may be legally given by the School Board for what length of time is it applicable?

"Does the State Department of Education have any authority, legal authority, in any way in such matters as above outlined?

"An assistant in the State Department of Education informed the County School Superintendent that the County Board of Education had the authority to grant a leave of absence, as in this case, and the State Department of Education recognized such acts as legal and several counties were acting under it.

"It is my opinion, also the opinion of the Commissioners Court, that a vacancy exists in the office of the County Superintendent of Williamson County and it is the legal duty of the Court to appoint a successor.

"As this matter is urgent at this time I shall greatly appreciate an opinion at your earliest convenience."

Your first question is:

"Does the County Board of Education have legal authority to grant a leave of absence to a County School Superintendent who has been inducted into the United States Navy and is now serving in the Navy?

Honorable H. A. Hodges     page 3

        Your first question is answered in the negative.
See opinions Nos. O-3344 and O-2710 written by this department,
copies of which are hereto attached.

        Second question:

        "In this case is it a physical vacancy as set
out in S. B. No. 145, Chapter 13, Acts 48th Legislature,
Regular Session?"

        Your second question is answered in the negative.
See opinion No. O-5435, written by this department, a copy
of which is hereto attached.

        Third question:

        "Does the Chief Deputy of the County School
Superintendent have legal authority to act in his
stead, under his bond and receive his salary, either
directly or indirectly."

        Your third question is answered in the negative.
See opinion of this department No. O-3295, a copy of which is
hereto attached.

        Fourth question:

        "If the leave of absence as granted by the County
Board of Education is legal would the fact that the wife
of the Superintendent was appointed as an assistant in the
office be barred by the Nepotism law?"

        Our answer to your sixth question is that since a
leave of absence cannot be granted to the school superintendent
by the County Board of Education it would be contrary to the
Nepotism law for a County Board of Education to appoint the
wife of the superintendent as an assistant in such office.
See opinion No. O-4973 written by this department, a copy of
which is hereto attached.

        From what has been said above it is thought un-
necessary to answer your fifth question.

                                Very truly yours

APPROVED AUG 20, 1945              ATTORNEY GENERAL OF TEXAS

Gerald C. Mann

   ATTORNEY GENERAL OF TEXAS        By

                                     Z. P. Price
                                    Assistant

XPP:ned    op
enl.       C.C.P